■ MICHAEL FALK, Respondent, v. PAUL FALK et al., Appellants. MICHAEL FALK, Respondent, v. PAUL FALK et al., Appellants.— Motion referred to the court that rendered the decisions. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ MT. ZION BAPTIST CHURCH OF PORT CHESTER, INC., et al., Respondents, v. SYLVESTER BROWN et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. The time to answer is extended until 10 days after the entry of the order hereon. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ IRVING J. NEIMARK, Respondent, v. MALFA M. MARTIN, Appellant, and CHESTER E. PILNER et al., Respondents.— Oral motion by respondent Neimark, made on call of calendar, to dismiss appeal of Malfa M. Martin, etc., granted, without costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ SALZMAN SIGN CO., Appellant, v. LAWRENCE KAPLAN, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ FOREST ASHBROOK et al., as Trustees of the Fellowship of Reconciliation, et al., Respondents, v. TOWN OF CLARKSTOWN et al., Defendants, and VILLAGE OF UPPER NYACK, Appellant.— In a consolidated action for the cancellation of certain taxes on real property upon the ground that the property is exempt by law because it is used exclusively for religious purposes, the Village of Upper Nyack appeals from so much of an order as denies its motion for judgment on the pleadings. Order insofar as appealed from affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.